

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

VERNON STROMAN

CASE NO. 3:17-cr-139-J-34JBT
42 U.S.C. § 1320a-7b(b)(2)(B)

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

#### A. Introduction

At times material to this Information:

1. VERNON STROMAN, a resident of St. Augustine, Florida, was a former member of the military and operated the local chapter of the Veterans of Foreign Wars (VFW). STROMAN also served as a consultant and marketer for Wellness Pharmacy.

2. TRICARE was the federal health care benefit program for U.S. military members, retirees, and their family members. TRICARE was a Federal health care benefit program, as defined by 18 U.S.C. § 24(b).

3. Wellness Pharmacy was a compound pharmacy based in Saint Augustine, Florida. Wellness Pharmacy billed TRICARE and other health

care benefit programs for these creams, each of which typically ranged in price from approximately $2,000 to $20,000 for a one month supply.

### B. Offense

From in or around February 2015, to in or around May 2015, in the Middle District of Florida and elsewhere,

VERNON STOMAN,

the defendant herein, did knowingly and willfully receive remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind to in exchange for recommending the ordering of any good, service, and item for which payment may be made in whole or in part under a Federal health care benefit program, in that the defendant received compensation for the referral of compounded prescriptions, filled by Wellness Pharmacy, for payment by TRICARE, a federal health care benefit program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B) and Title 18, United States Code, Section 2.

                                          W. STEPHEN MULDROW
                                          Acting United States Attorney

By: _____
      Jason Paul Mehta
      Assistant United States Attorney

By: _____
      Frank Talbot
      Assistant United States Attorney
      Chief, Jacksonville Division